**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KELSEY-HAYES COMPANY,
d/b/a TRW Automotive, a Delaware corporation,
LUCAS AUTOMOTIVE GmbH, d/b/a TRW
Automotive, a foreign corporation, and FRENOS
Y MECANISMOS S.A. DE C.V.,
a foreign corporation,

                                         CASE NO. 07-15204

        Plaintiffs,                     HON. LAWRENCE P. ZATKOFF

v.

TROSTEL INC., a wholly-owned subsidiary of
Albert Trostel & Sons Company, a Wisconsin
corporation, and TROSTEL LTD., a wholly-owned
subsidiary of Albert Trostel & Sons Co., a Wisconsin
corporation,

        Defendants.

_____/

**ORDER RESOLVING PLAINTIFFS' MOTION FOR**
**TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on the stipulation and agreement of the parties. The

Court is otherwise duly advised in the premises.

IT IS HEREBY ORDERED AS FOLLOWS:

1.     Nothing in this Order shall be construed as an admission of any kind by either party.

Nothing in this Order shall be construed as a waiver of any right or obligation of the

parties, including the right to contest jurisdiction and venue.

2.     Plaintiffs shall pay via wire transfer to Defendants the amount of $266,065.69 as

soon as possible on Friday, December 7, 2007. Said payment will be made under

protest with both parties reserving any and all rights. The parties acknowledge that

the wire transfer has occurred.

Dockets.Justia.com

3.    Defendants shall resume shipment of parts to Plaintiffs as expeditiously as possible on December 7, 2007, in accordance with Plaintiffs' releases, said releases to be consistent with the parties' historical practices.

4.    Plaintiffs shall pay for all parts shipped by Defendants on prox 60 payment terms. Plaintiffs shall not withhold payment or set-off against any amounts owing to Defendants while this Order remains in effect, without prejudice to any rights of Plaintiffs.

5.    The parties shall appear before the Court for a preliminary injunction hearing on January 10, 2008 at 10:00 a.m.

6.    As soon as practicable after entry of this Order, and prior to the preliminary injunction hearing set forth in paragraph 5, *supra*, the parties shall engage in good faith negotiations to resolve the outstanding disputes between them and shall enlist the services of a third-party facilitator as necessary and appropriate.

7.    This Order shall remain in effect until January 10, 2008, unless otherwise dissolved or extended by further order of the Court.

IT IS SO ORDERED.


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 11, 2007.


s/Marie E. Verlinde                                   
Case Manager
(810) 984-3290